**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7129

JULIUS ANDREW REASON, III,

Petitioner - Appellant,

v.

WARDEN JANSON,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge.  (4:23-cv-01894-BHH)

Submitted:  April 18, 2024                          Decided:  April 19, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julius Andrew Reason, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius Andrew Reason, III, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation and dismissing without prejudice Reason's 28 U.S.C. § 2241 petition in which he sought to challenge his convictions by way of the savings clause in 28 U.S.C. § 2255(e).  In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral challenges to federal convictions or sentence), we conclude that Reason cannot pursue his challenges in a § 2241 petition.  Accordingly, we affirm the district court's order.  *Reason v. Janson*, No. 4:23-cv-01894-BHH (D.S.C. Oct. 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*